# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JASON HENRY DURAN                                           PLAINTIFF

v.                          3:19-cv-00290-BSM-JJV

KIM JOHNSON, LPN, Greene County                   DEFENDANTS
Detention Center, *et al*.

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>  Clerk, United States District Court
>  Eastern District of Arkansas
>  600 West Capitol Avenue, Suite A149
>  Little Rock, AR 72201-3325

## **DISPOSITION**

Jason Henry Duran ("Plaintiff") filed this action on October 28, 2019 alleging violations of his constitutional rights. (Doc. No. 2.) On November 27, 2019, I recommended Plaintiff's official capacity claims and his claims against Defendants Harris, Cox, Franks, Turn Key, Sanchez, Hubble, and Doe be dismissed; the Recommendation remains pending. (Doc. No. 5.) On January 3, 2020, Defendants Huggins and Johnson filed a Motion to Dismiss. (Doc. Nos. 10-12.) On January 21, 2020, mail sent by the Court to Plaintiff at his address of record was returned as undeliverable with a notation on the envelope "RTS Not Here." (Doc. No. 13.) On January 22, 2020, I directed Plaintiff to update his address with the Court within 30 days. (Doc. No. 15.) Also on January 22, 2020, I recommended the Motion to Dismiss filed by Defendants Huggins and Johnson be granted in part and denied in part; the Recommendation remains pending. (Doc. No. 16.) The Clerk mailed a copy of the January 22 Order and the January 22 Recommendation to Plaintiff, but the envelope was returned with the notation "not here." (Doc. No. 17.)

More than thirty days have now passed from the entry of my January 22, 2020 Order. Plaintiff has not complied with or otherwise responded to the Order. Plaintiff was warned that

failure to comply with the January 22 Order could result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED that the Court DISMISS without prejudice Plaintiff's complaint under Local Rule 5.5(c)(2) and for failure to prosecute under Federal Rule of Civil Procedure 41(b), DENY as moot Defendants' Motion to Dismiss (Doc. No. 10) and the pending Recommendations (Doc. Nos. 5, 16), and CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 2nd day of March 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE