IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JASON HENRY DURAN**                                              **PLAINTIFF**

V.                    **CASE NO. 3:19-CV-290-BSM**

**KIM JOHNSON,** *et al*.                                     **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe Volpe's recommended disposition [Doc. No. 19] is adopted, and the complaint [Doc. No. 2] is dismissed without prejudice for failure to prosecute, *see* Local Rule 5.5(c)(2). The motion to dismiss of Terrin Huggins and Kim Johnson [Doc. No. 10] is denied as moot, and Judge Volpe's partial recommended dispositions [Doc. Nos. 5, 16] are rejected as moot. It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 25th day of March, 2020.

                                                   /s/ Brian S. Miller
                                                   UNITED STATES DISTRICT JUDGE