IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JASON HENRY DURAN     PLAINTIFF

V.     CASE NO. 3:19-CV-290-BSM

KIM JOHNSON, *et al.*     DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 25th day of March, 2020.

                             UNITED STATES DISTRICT JUDGE